UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN EDDIE RODRIGUEZ,<br><br>        Petitioner,<br><br>vs.<br><br>KEN CLARK, WARDEN,<br><br>        Respondent. | Case No. EDCV 09-2261-VAP(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

//

//

1  This Court also finds that an appeal would not taken in good
2 faith, and that petitioner has not made a substantial showing that he
3 has been denied a constitutional right, for the reasons set forth in
4 the Report and Recommendation of the United States Magistrate Judge,
5 and accordingly, a certificate of appealability should not issue under
6 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v. McDaniel</u>,
7 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000);
8 <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

10   IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11 Order, the Magistrate Judge's Report and Recommendation and Judgment
12 by the United States mail on petitioner.

14 DATED:    June 17, 2010___

16                                  _____
                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE

19 R&R\09-2261.ado
   6/14/10

2