```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   IVAN EDDIE RODRIGUEZ,         )  Case No. EDCV 09-2261-VAP(RC)
                                   )
12                 Petitioner,     )
                                   )  JUDGMENT
13   vs.                           )
                                   )
14   KEN CLARK, WARDEN,            )
                                   )
15                 Respondent.     )
     _____)
16
17        Pursuant to the Order of the Court adopting the findings,
18   conclusions, and recommendations of United States Magistrate Judge
19   Rosalyn M. Chapman,
20
21        IT IS ADJUDGED that the petition for writ of habeas corpus is
22   denied and the action is dismissed with prejudice.
23        DATE:  June 17, 2010
24                                          /s/ Virginia A. Phillips
                                            _____
25                                          VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE
26
27   R&R\09-2261.ado
     5/12/10
28
```